**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7190**

---

KENNETH DELANO BOBBITT,

                                        Petitioner - Appellant,

        versus

DEAN WALKER,

                                        Respondent - Appellee.

---

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Graham C. Mullen, Chief District Judge.  (CA-01-36-5-1-MU)

---

Submitted:  September 6, 2001          Decided:  October 15, 2001

---

Before WIDENER, WILKINS, and NIEMEYER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Kenneth Delano Bobbitt, Appellant Pro Se.  Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth Delano Bobbitt appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Bobbitt v. Walker, No. CA-01-36-5-1-MU (W.D.N.C. filed July 11, 2001; entered July 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED